# CONTRACT TO SELL

R. W. RAYNES JR. & R. W. RAYNES III (the "Seller"), of PO BOX 117, WEINERT, TEXAS 76388, does hereby contract to sell, assign and transfer to CHARLIE RUEFFER (the "Buyer"), of 423 CO. ROAD 278, MUNDAY, TEXAS 76371, the following property.

    PROPERTY: 392 ACRES LAND
    IDENTIFICATION NUMBER: FSA FM#2947
    AMOUNT: $650.00 ACRE

for a TOTAL AMOUNT OF $254,800.00

The above property is sold on an "AS IS" basis. The Seller makes no warranties, express or implied (except as specifically stated in this document).

This transfer is effective on or about October 01, 2009.

The property is located 4 MI EAST ON FM 1720, WEINERT, Texas 76388, and all of such property is in the possession of R. W. RAYNES III.

SELLER:

*[signature]*
R. W. RAYNES JR.

*[signature]*
R. W. RAYNES III

BUYER:

*[signature]*
CHARLIE RUEFFER