B6F (Official Form 6F) (12/07)

In re **Robert William Raynes, III**          Case No. **09-70383-HDH-13**
                                                                                                                                         (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **2418**<br>**Callihan Phillips & Ad**<br>**45153 Lake Settlement Dr**<br>**Prairieville, LA 70769** | | - | DATE INCURRED: **11/2005**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$2,254.00** |
| ACCT #: **xxxxxxxxxxxx7049**<br>**Ccs/first National Ban**<br>**500 East 60th St N**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED: **12/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$477.00** |
| ACCT #: **xxxxxxxx5904**<br>**First National Bank**<br>**111 S Munday Ave**<br>**Munday, TX 76371** | | - | DATE INCURRED: **06/2008**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$790.00** |
| ACCT #: **xxxxxxxxxxxx8377**<br>**First National Bank of Marin/Credit One**<br>**Customer Service**<br>**PO Box 98873**<br>**Las Vegas, NV 89193** | | - | DATE INCURRED: **10/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$284.00** |
| ACCT #: **xxxxxxxx3998**<br>**First Natl Bank Graham**<br>**623 Elm St**<br>**Graham, TX 76450** | | - | DATE INCURRED: **04/2008**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**surrendered to creditor 1/2009** | | | | **$18,031.00** |
| ACCT #: **7098**<br>**FSA**<br>**PO Box 2900**<br>**College Station, TX 77841** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

| | | |
|---|---|---|
| | **Subtotal >** | **$21,836.00** |
| _____**3**_____ continuation sheets attached | **Total >**<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert William Raynes, III**                                          Case No. **09-70383-HDH-13**
                                                                                           (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **7098**<br>**Gerald M. McGinnis, Attorney at Law**<br>**200 W Hwy 6 Ste 412**<br>**Waco, TX 76712** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Haskell County Farm Service Agency**<br>**PO Box 556**<br>**Haskell, TX 79521-0556** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Contract/Lease**<br>REMARKS:<br>**Commodity Credit Corporation (CCC) Direct & County Cyclical Program (DCP) For Contract Year 2008** | | | | **Unknown** |
| ACCT #: **xxxxxxxxxxxx5149**<br>**Hsbc Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED: **07/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$793.00** |
| ACCT #: **xxxxxxxxxxxx5284**<br>**Merrick Bank**<br>**Po Box 5000**<br>**Draper, UT 84020** | | - | DATE INCURRED: **07/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$977.00** |
| ACCT #: **x2378**<br>**Monsanto Cotton Account**<br>**75 Remittance Dr Ste 1177**<br>**Chicago, IL 60675-1177** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$5,500.00** |
| ACCT #: **xxx0457**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **10/2006**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$511.00** |

Sheet no. ___1___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$7,781.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert William Raynes, III**  Case No. **09-70383-HDH-13**
(if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx3016**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **01/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $263.00 |
| ACCT #: **xxx0458**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **10/2006**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $118.00 |
| ACCT #: **xxx0403**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **05/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $104.00 |
| ACCT #: **xxx1283**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **05/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $104.00 |
| ACCT #: **xxx8699**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $86.00 |
| ACCT #: **xxx0404**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **05/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $47.00 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $722.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert William Raynes, III**                                    Case No. **09-70383-HDH-13**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx5572**<br>**West Central Tx Coll B**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **03/2005**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $29.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to     **Subtotal >**     $29.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**     $30,368.00
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **Robert William Raynes, III**                              CASE NO  **09-70383-HDH-13**

                                                                                         CHAPTER  **13**

*AMENDED*
**VERIFICATION OF MAILING LIST**

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge. I also certify that the attached mailing list

( ) is the first mailing list filed in this case.

(x) adds entities not listed on previously filed mailing list(s).

( ) changes or corrects names and address on previously filed mailing lists.

Date  09/10/2009                                        Signature  /s/ Robert William Raynes, III
                                                                         *Robert William Raynes, III*

Date  _____          Signature  _____

```
Haskell County Farm Service Agency
PO Box 556
Haskell, TX 79521-0556


Monsanto Cotton Account
75 Remittance Dr Ste 1177
Chicago, IL 60675-1177
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: **Robert William Raynes, III**                          CASE NO.  **09-70383-HDH-13**

                                                               CHAPTER  **13**

## Certificate of Service

The undersigned hereby certifies that on September 10, 2009, a true and correct copy of the Notice of Commencement of Chapter 13 Bankruptcy Case was served on the parties listed below by ECF and/or regular mail.

Date:  **09/10/2009**                          **/s/ Monte J. White**
                                                **Monte J. White**
                                                Attorney for the Debtor(s)

Monsanto Cotton Account
75 Remittance Dr Ste 1177
Chicago, IL 60675-1177